UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**LINDA HOVORKA,** Individually and on behalf of all others similarly situated

    Plaintiffs,

v.

**SELECT REHABILITATION LLC,**

    Defendant

_____/

Case Number: 1:23-cv-05192

CLASS AND COLLECTIVE ACTION

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S HYBRID CLASS ACTION AND FLSA SECTION 216B COLLECTIVE ACTION COMPLAINT FOR VIOLATIONS OF ILLINOIS OVERTIME WAGE LAWS AND THE FLSA

Defendant Select Rehabilitation, LLC ("Select"), by its attorneys, Walker Morton, LLP and Foley & Lardner, LLP, respectfully moves this Court to dismiss this action with prejudice under the First-Filed Rule. In support, Select submits Defendant's Brief in Support of Defendant's Motion to Dismiss Plaintiff's Hybrid Class Action and FLSA Section 216B Collective Action Complaint for Violations of Illinois Overtime Wage Laws and the FLSA to this Motion.

Dated this 5th day of September, 2023    FOLEY & LARDNER LLP

/s/ David B. Goroff
David B. Goroff
Email: dgoroff@foley.com
Foley & Lardner LLP
321 North Clark Street, Ste. 3000
Chicago, IL 60654
Telephone: 312.832.4500
Facsimile: 312.832.4700

Diane G. Walker
Email: dwalker@walkermortonllp.com
Kristen W. Roberts
Email: kroberts@walkermortonllp.com
Walker Morton LLP
1401 Branding Avenue
Suite 300
Downers Grove, IL 60515
Telephone: 312.471.2900
Facsimile: 312.471.6001

*Attorneys for Defendant Select Rehabilitation LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September 2023, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of the electronic filing to all counsel of record.

/s/ David B. Goroff
David B. Goroff

4866-4911-1166.1