UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLLINOIS

LINDA HOVORKA,

    Plaintiff,

                                          Case No:  1:23-cv-05192

v.

SELECT REHABILITATION LLC

    Defendant.
_____.

## PLAINTIFF'S NOTICE TO THE COURT OF SETTLEMENT

Plaintiff, Linda Hovorka, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement in the above referenced matter, and request that all pending motions and events be deemed moot and this matter be administratively closed.

Submitted January 15, 2025.

                                          */s/ Mitchell L. Feldman*
                                          **Mitchell L. Feldman, Esquire**
                                          Florida Bar No.: 080349
                                          **FELDMAN LEGAL GROUP**
                                          12610 Race Track Road, Suite 225
                                          Tampa, Florida 33626
                                          Tel: 813-639-9366 - Fax: 813-639-9376
                                          Email: mfeldman@flandgatrialattorneys.com
                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing <u>with</u> the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.  Parties may also obtain a copy directly from the CM/ECF system.

<u>*/s/Mitchell Feldman, Esq.*</u>
**Mitchell L. Feldman, Esquire**
Florida Bar No.:  080349