# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Linda Hovorka
                    Plaintiff,

v.                                       Case No.: 1:23−cv−05192
                                                  Honorable Mary M. Rowland

Select Rehabilitation LLC
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 16, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the Plaintiff's notice of settlement [66]. Plaintiff reports that the parties have reached a settlement. Plaintiff's complaint is dismissed and all pending motions and deadlines are denied as moot. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.