# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

LINDA HOVORKA, *individually and on*
*Behalf of all others similarly situated,*

    Plaintiff,

Case No.: 1:23-cv-05192

v.

SELECT REHABILITATION LLC,

    Defendant
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, LINDA HOVORKA, ("Plaintiff") and Defendant SELECT REHABILITATION LLC ("Defendant") (collectively, the "Parties"), by and through the undersigned counsel, having resolved this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), file this Joint Stipulation of Dismissal with Prejudice.

Respectfully submitted January 28, 2025.

    */s/Mitchell Feldman, Esq.*
    **Mitchell L. Feldman, Esquire**
    Florida Bar No.: 0080349
    FELDMAN LEGAL GROUP
    12610 Race Track Road Suite #225
    Tampa, Florida 33626
    Tel: 813-639-9366 - Fax: 813-639-9376
    mfeldman@flandgatrialattorneys.com
    Mail@feldmanlegal.us

*Lead Counsel and Attorney for Plaintiffs
and all those similarly situated*

/s/*Diane G. Walker*
Diane G. Walker, Esq.
Email: dwalker@walkerrobertsllp.com
Kristen W. Roberts
Email: kroberts@walkerrobertsllp.com
Walker Roberts LLP
1401 Branding Avenue, Suite 300
Downers Grove, IL 60615
Telephone: (312) 471-2900
Facsimile: (312) 471-6001

David B. Goroff, esq.
Email: dgoroff@foley.com
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
*Attorneys for Select Rehabilitation, LLC*

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system on this date. The Parties may also obtain a copy directly from the CM/ECF system.

*/s/Mitchell Feldman, Esq.*
**Mitchell L. Feldman, Esquire**
Florida Bar No.: 0080349