UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
Eastern Division

Linda Hovorka
                Plaintiff,

v.                                             Case No.: 1:23−cv−05192
                                            Honorable Mary M. Rowland

Select Rehabilitation LLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 3, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed Plaintiff's notice of voluntary dismissal [68]. The case is dismissed with prejudice. All pending deadlines stricken. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.